■ The People of the State of New York, Respondent, v Michelle A. Wojewoda, Appellant. [837 NYS2d 896]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered June 16, 2005. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.